**UNITED STATES BANRUPTCY COURT**
**FOR THE WESTERN DISTRICT OF PENNSYLVANIA**

| | |
|---|---|
| In re:<br><br>Kenneth E. Moyer<br>Stacey L. Moyer<br><br>Debtor(s). | Case No. 18-10808-TPA<br><br>Chapter 13<br><br>NOTICE OF SATISFACTION OF PROOF OF CLAIM #7-1 |

**TO: DEBTOR(S), ATTORNEY FOR DEBTOR(S), CHAPTER 13 TRUSTEE, and all interested parties:**

NOTICE IS HEREBY GIVEN that **U.S. Bank National Association c/o U.S. Bank National Association** ("Creditor"), considers the Proof of Claim filed on **September 20, 2018** and assigned claim number **7-1,** satisfied as of the date of this Notice. The loan has been paid in full and any future disbursements on claim number 7-1 should cease at this time. Any monies received after the date of this Notice will be returned to the sender.

Dated: December 13, 2021

    Respectfully submitted,
    Bonial & Associates, P.C.

    /s/ Matthew Tillma
    Matthew Tillma
    14841 Dallas Parkway
    Suite 425
    Dallas, Texas 75254
    (972) 643-6600
    (972) 643-6698 (Telecopier)
    Email: POCInquiries@BonialPC.com
    Authorized Agent for U.S. Bank National Association

2015-N-5025

## CERTIFICATE OF SERVICE

      I hereby certify that a true and correct copy of the foregoing document has been served upon the following parties in interest on or before December 13, 2021 via electronic notice unless otherwise stated:

**Debtor**        *Via U.S. Mail*
Kenneth E. Moyer
902 Norris Ave.
Farrell, PA 16121


**Debtor**        *Via U.S. Mail*
Stacey L. Moyer
902 Norris Ave.
Farrell, PA 16121


**Debtors' Attorney**
Daniel P. Foster
Foster Law Offices
1210 Park Avenue
Meadville, PA  16335

**Chapter 13 Trustee**
Ronda J. Winnecour
Suite 3250, USX Tower
600 Grant Street
Pittsburgh, PA 15219

                                        /s/ Matthew Tillma
                                        Matthew Tillma