Case 18-10808-TPA    Doc 58    Filed 12/30/21    Entered 12/31/21 00:23:10    Desc Imaged
                    Certificate of Notice    Page 1 of 3

FILED
12/14/21 11:24 am
CLERK
U.S. BANKRUPTCY
COURT - WDPA

# UNITED STATES BANRUPTCY COURT
# FOR THE WESTERN DISTRICT OF PENNSYLVANIA

In re:

Kenneth E. Moyer
Stacey L. Moyer

Debtor(s).

Case No. 18-10808-TPA

Chapter 13

**NOTICE OF SATISFACTION OF PROOF OF CLAIM #7-1**

**TO: DEBTOR(S), ATTORNEY FOR DEBTOR(S), CHAPTER 13 TRUSTEE, and all interested parties:**

NOTICE IS HEREBY GIVEN that **U.S. Bank National Association c/o U.S. Bank National Association** ("Creditor"), considers the Proof of Claim filed on **September 20, 2018** and assigned claim number **7-1**, satisfied as of the date of this Notice. The loan has been paid in full and any future disbursements on claim number 7-1 should cease at this time. Any monies received after the date of this Notice will be returned to the sender.

Dated: December 13, 2021

Respectfully submitted,
Bonial & Associates, P.C.

/s/ Matthew Tillma

Matthew Tillma
14841 Dallas Parkway
Suite 425
Dallas, Texas 75254
(972) 643-6600
(972) 643-6698 (Telecopier)
Email: POCInquiries@BonialPC.com
Authorized Agent for U.S. Bank National Association

SO ORDERED
December 14, 2021

*asg*

2015-N-5025

United States Bankruptcy Court

Western District of Pennsylvania

In re:  Case No. 18-10808-TPA
Kenneth E. Moyer  Chapter 13
Stacey L. Moyer
    Debtors

# CERTIFICATE OF NOTICE

| District/off: 0315-1 | User: dpas | Page 1 of 2 |
|---|---|---|
| Date Rcvd: Dec 28, 2021 | Form ID: pdf900 | Total Noticed: 1 |

The following symbols are used throughout this certificate:
**Symbol**    **Definition**

\+      Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Dec 30, 2021:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db/jdb | + | Kenneth E. Moyer, Stacey L. Moyer, 902 Norris Ave., Farrell, PA 16121-1245 |

TOTAL: 1

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI).

NONE

# BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

NONE

# NOTICE CERTIFICATION

I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Dec 30, 2021      Signature:      /s/Joseph Speetjens

---

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on December 14, 2021 at the address(es) listed below:

| Name | Email Address |
|---|---|
| Daniel P. Foster | on behalf of Joint Debtor Stacey L. Moyer dan@mrdebtbuster.com katie@mrdebtbuster.com;kaitlyn@mrdebtbuster.com;kristen@mrdebtbuster.com;fosterlaw@ecf.inforuptcy.com |
| Daniel P. Foster | on behalf of Debtor Kenneth E. Moyer dan@mrdebtbuster.com katie@mrdebtbuster.com;kaitlyn@mrdebtbuster.com;kristen@mrdebtbuster.com;fosterlaw@ecf.inforuptcy.com |
| Jerome B. Blank | on behalf of Creditor BANK OF AMERICA N.A. pawb@fedphe.com |
| Maria Miksich | on behalf of Creditor BANK OF AMERICA N.A. mmiksich@kmllawgroup.com |
| Mario J. Hanyon | on behalf of Creditor BANK OF AMERICA N.A. wbecf@brockandscott.com, mario.hanyon@brockandscott.com |

| | | |
|---|---|---|
| District/off: 0315-1 | User: dpas | Page 2 of 2 |
| Date Rcvd: Dec 28, 2021 | Form ID: pdf900 | Total Noticed: 1 |

Office of the United States Trustee
    ustpregion03.pi.ecf@usdoj.gov

Ronda J. Winnecour
    cmecf@chapter13trusteewdpa.com

Stephen Russell Franks
    on behalf of Creditor U.S. Bank National Association amps@manleydeas.com

Thomas Song
    on behalf of Creditor Bank Of America  N.A. pawb@fedphe.com

TOTAL: 9