# UNITED STATES BANKRUPTCY COURT
# WESTERN DISTRICT OF PENNSYLVANIA

07/12/2022

IN RE:

KENNETH E. MOYER                                    Case No.18-10808 TPA
STACEY L. MOYER
902 NORRIS AVE.                                     Chapter 13
FARRELL,  PA  16121
XXX-XX-3088          Debtor(s)

XXX-XX-7559

## NOTICE OF CLAIMS FILED AND INTENTION TO PAY CLAIMS

NOTICE IS HEREBY GIVEN of claims filed and the intention of the Chapter 13 Trustee to pay the claims of creditors named below, in the amounts* and manner authorized by the terms and provisions of the confirmed Chapter 13 Plan, the order confirming the Plan, and applicable rules.

This Notice is filed as a courtesy, to inform all parties of the claims the Trustee has found in the case.  This Notice does not seek authorization to pay claims, as that authorization already exists in the form of plan terms, applicable rules, and confirmation orders.  Any party who objects to the allowance of a filed claim must file a formal objection to the claim itself, NOT an objection to this Notice.

This Notice should not be construed as altering the deadlines for filing objections to proofs of claim, as contained in the Federal Rules of Bankruptcy Procedure, the confirmed Chapter 13 Plan, or the order confirming the Chapter 13 Plan.  Pursuant to 11 U.S.C. § 502 (a), the claims which have been filed as stated above will be deemed allowed for purposes of distribution and shall be paid unless the debtor or other party in interest has timely objected to the claim, and provided notice of the objection to the Trustee, prior to the claim being paid by the Trustee.

The following claim information is derived from one or more of the following sources: the debtor(s)' Chapter 13 Plan, proofs of claim, and the order confirming the plan. The list does not include claims which have been disallowed, withdrawn, or claims not provided for in the Chapter 13 Plan for which proofs of claim have not been filed.  Some of the claims listed on the following pages may have already been fully or partially paid by the Trustee.  To determine whether or not any payments have already been disbursed on a claim, please consult the Trustee's web site at www.13network.com.

*Unless the Chapter 13 Plan provides for a 100% payment of unsecured claims and is adequately funded to pay 100%, the actual percentage dividend which will be paid to the holders of allowed unsecured claims is not presently known .

In accordance with the provisions of the Chapter 13 Plan and local rules, the amount and percentage dividend to which unsecured creditors are entitled will be determined during the Trustee's final audit of this case.  An adjustment of the percentage to be paid to the unsecured creditors will be performed after the Trustee has calculated the actual amount of funds available for distribution to unsecured creditors, after determining the amounts needed to complete payments on the secured and priority claims.  Notwithstanding the fact that the final calculation will not be done until final audit, the Trustee will distribute funds to unsecured creditors, in accordance with the Chapter 13 Plan and Bankruptcy Code priorities, when and as funds allow.

/s/ RONDA J. WINNECOUR
RONDA J WINNECOUR PA ID #30399
CHAPTER 13 TRUSTEE WD PA
600 GRANT STREET
SUITE 3250 US STEEL TWR
PITTSBURGH, PA  15219
(412) 471-5566
cmecf@chapter13trusteewdpa.com

I herein certify that a copy of this notice was served upon the listed creditors of record of this date and the debtor(s) and debtor(s) attorney of record on this date by regular U.S. Mail, postage prepaid, at the address as it appears in the records hereof.

7/12/2022

/s/Trustee'sAdministrativAssistant
CHAPTER 13 TRUSTEE WD PA
600 GRANT STREET
SUITE 3250 US STEEL TWR
PITTSBURGH, PA  15219
(412) 471-5566
cmecf@chapter13trusteewdpa.com

SEE NEXT PAGE FOR CLAIMS

**CLAIM RECORDS**

---

| | | |
|---|---|---|
| **SYNCHRONY BANK** | Trustee Claim Number:1   INT %: 0.00% | CRED DESC:  NOTICE ONLY |
| C/O PRA RECEIVABLES MANAGEMENT LLC | Court Claim Number: | ACCOUNT NO.:  8198 |
| PO BOX 41021 | | |
| | CLAIM:  0.00 | |
| NORFOLK, VA  23541 | COMMENT:  WALMART/PRAE | |

---

| | | |
|---|---|---|
| **PHELAN HALLINAN DIAMOND & JONES LLP** | Trustee Claim Number:2   INT %: 0.00% | CRED DESC:  NOTICE ONLY |
| C/O PMB SSS ACQUISITION | Court Claim Number: | ACCOUNT NO.: |
| PO BOX 8990 | | |
| | CLAIM:  0.00 | |
| TURNERSVILLE, NJ  08012-8990 | COMMENT:  BOA/PRAE | |

---

| | | |
|---|---|---|
| **STEPHEN R FRANKS ESQ** | Trustee Claim Number:3   INT %: 0.00% | CRED DESC:  NOTICE ONLY |
| MANLEY DEAS KOCHALSKI LLC | Court Claim Number: | ACCOUNT NO.: |
| PO BOX 165028 | | |
| | CLAIM:  0.00 | |
| COLUMBUS, OH  43216-5028 | COMMENT:  US BANK/PRAE | |

---

| | | |
|---|---|---|
| **BANK OF AMERICA NA**\*\* | Trustee Claim Number:4   INT %: 0.00% | CRED DESC:  MORTGAGE REGULAR PAYMEN |
| PO BOX 660933 | Court Claim Number:21 | ACCOUNT NO.:  7894 |
| | CLAIM:  0.00 | |
| DALLAS, TX  75266 | COMMENT:  CL21GOV@LTCD*630.23x(60+2)=LMT | |

---

| | | |
|---|---|---|
| **WILMINGTON SAVINGS FUND SOCIETY FSB D/B** | Trustee Claim Number:5   INT %: 7.00% | CRED DESC:  MORTGAGE PAID IN FULL |
| C/O STATEBRIDGE COMPANY LLC | Court Claim Number:26 | ACCOUNT NO.:  9068 |
| 6061 SOUTH WILLOW DR STE 300 | | |
| | CLAIM:  9,019.40 | |
| GREENWOOD VILLAGE, CO  80111 | COMMENT:  CL26GOV@TERMS/PL*8k@7%/PL@SHELLPOINT MTG*FR PYOD LLC-DOC 50 | |

---

| | | |
|---|---|---|
| **US BANK NA**\*\* | Trustee Claim Number:6   INT %: 7.00% | CRED DESC:  VEHICLE |
| PO BOX 5227 | Court Claim Number:7 | ACCOUNT NO.:  7434 |
| | CLAIM:  24,047.31 | |
| CINCINNATI, OH  45201-5227 | COMMENT:  PIF/OE*CL=27,777.76*3.85%/FACE | |

---

| | | |
|---|---|---|
| **INTERNAL REVENUE SERVICE**\* | Trustee Claim Number:7   INT %: 0.00% | CRED DESC:  PRIORITY CREDITOR |
| CENTRALIZED INSOLVENCY-TRUSTEE REMITS | Court Claim Number:2 | ACCOUNT NO.:  3088 |
| PO BOX 7317 | | |
| | CLAIM:  1,887.57 | |
| PHILADELPHIA, PA  19101-7317 | COMMENT:  1888.38/PL@0% | |

---

| | | |
|---|---|---|
| **AMERICAN EXPRESS NATIONAL BANK** | Trustee Claim Number:8   INT %: 0.00% | CRED DESC:  UNSECURED CREDITOR |
| C/O BECKET AND LEE LLP | Court Claim Number:14 | ACCOUNT NO.:  1006 |
| PO BOX 3001 | | |
| | CLAIM:  1,011.81 | |
| MALVERN, PA  19355-0701 | COMMENT: | |

---

| | | |
|---|---|---|
| **ASHRO LIFESTYLE** | Trustee Claim Number:9   INT %: 0.00% | CRED DESC:  UNSECURED CREDITOR |
| C/O CREDITORS BANKRUPTCY SERVICE\* | Court Claim Number:4 | ACCOUNT NO.:  2220 |
| PO BOX 800849 | | |
| | CLAIM:  2,030.76 | |
| DALLAS, TX  75380 | COMMENT:  1220/SCH | |

---

| | | |
|---|---|---|
| **QUANTUM3 LLC AGENT - GPCC I LLC** | Trustee Claim Number:10  INT %: 0.00% | CRED DESC:  UNSECURED CREDITOR |
| PO BOX 788 | Court Claim Number:13 | ACCOUNT NO.:  1002 |
| | CLAIM:  446.09 | |
| KIRKLAND, WA  98083-0788 | COMMENT:  CELTIC BANK/INDIGO M/C GPCC I LLC | |

**CLAIM RECORDS**

| | | |
|---|---|---|
| **CAPITAL ONE BANK (USA) NA BY AMERICAN INF** | Trustee Claim Number:11  INT %: 0.00% | CRED DESC:  UNSECURED CREDITOR |
| PO BOX 71083 | Court Claim Number:8 | ACCOUNT NO.:  3020 |
| | CLAIM:  874.37 | |
| CHARLOTTE, NC  28272-1083 | COMMENT: | |

| | | |
|---|---|---|
| **CAPITAL ONE BANK (USA) NA BY AMERICAN INF** | Trustee Claim Number:12  INT %: 0.00% | CRED DESC:  UNSECURED CREDITOR |
| PO BOX 71083 | Court Claim Number:10 | ACCOUNT NO.:  4752 |
| | CLAIM:  864.15 | |
| CHARLOTTE, NC  28272-1083 | COMMENT: | |

| | | |
|---|---|---|
| **PORTFOLIO RECOVERY ASSOCIATES, LLC** | Trustee Claim Number:13  INT %: 0.00% | CRED DESC:  UNSECURED CREDITOR |
| PO BOX 12914 | Court Claim Number:16 | ACCOUNT NO.:  2546 |
| | CLAIM:  557.07 | |
| NORFOLK, VA  23541 | COMMENT: CAP ONE/GM | |

| | | |
|---|---|---|
| **PORTFOLIO RECOVERY ASSOCIATES, LLC** | Trustee Claim Number:14  INT %: 0.00% | CRED DESC:  UNSECURED CREDITOR |
| PO BOX 12914 | Court Claim Number:15 | ACCOUNT NO.:  3955 |
| | CLAIM:  5,882.74 | |
| NORFOLK, VA  23541 | COMMENT: CAP ONE/GM | |

| | | |
|---|---|---|
| **CAPITAL ONE BANK (USA) NA BY AMERICAN INF** | Trustee Claim Number:15  INT %: 0.00% | CRED DESC:  UNSECURED CREDITOR |
| PO BOX 71083 | Court Claim Number:9 | ACCOUNT NO.:  6814 |
| | CLAIM:  4,752.45 | |
| CHARLOTTE, NC  28272-1083 | COMMENT: | |

| | | |
|---|---|---|
| **CHASE(*)** | Trustee Claim Number:16  INT %: 0.00% | CRED DESC:  UNSECURED CREDITOR |
| C/O JPMORGAN CHASE BANK NA | Court Claim Number: | ACCOUNT NO.:  6604 |
| PO BOX 15368 | | |
| | CLAIM:  0.00 | |
| WILMINGTON, DE  19850 | COMMENT: NT ADR/SCH | |

| | | |
|---|---|---|
| **LVNV FUNDING LLC, ASSIGNEE** | Trustee Claim Number:17  INT %: 0.00% | CRED DESC:  UNSECURED CREDITOR |
| C/O RESURGENT CAPITAL SVCS | Court Claim Number:20 | ACCOUNT NO.:  7049 |
| POB 10587 | | |
| | CLAIM:  3,701.77 | |
| GREENVILLE, SC  29603-0587 | COMMENT: CITIBANK | |

| | | |
|---|---|---|
| **QUANTUM3 GROUP LLC AGNT - COMENITY BAN** | Trustee Claim Number:18  INT %: 0.00% | CRED DESC:  UNSECURED CREDITOR |
| PO BOX 788 | Court Claim Number:18 | ACCOUNT NO.:  5547 |
| | CLAIM:  692.61 | |
| KIRKLAND, WA  98083-0788 | COMMENT: ASHLEY STEWART | |

| | | |
|---|---|---|
| **QUANTUM3 GROUP LLC AGNT - COMENITY BAN** | Trustee Claim Number:19  INT %: 0.00% | CRED DESC:  UNSECURED CREDITOR |
| PO BOX 788 | Court Claim Number:17 | ACCOUNT NO.:  1024 |
| | CLAIM:  1,497.55 | |
| KIRKLAND, WA  98083-0788 | COMMENT: AVENUE | |

| | | |
|---|---|---|
| **QUANTUM3 GROUP LLC AGNT - COMENITY BAN** | Trustee Claim Number:20  INT %: 0.00% | CRED DESC:  UNSECURED CREDITOR |
| PO BOX 788 | Court Claim Number:19 | ACCOUNT NO.:  9829 |
| | CLAIM:  1,556.15 | |
| KIRKLAND, WA  98083-0788 | COMMENT: CATHERINES | |

**CLAIM RECORDS**

| | | |
|---|---|---|
| **DIAGNOSTIC IMAGING CONSULTANTS** | Trustee Claim Number:21  INT %:  0.00% | CRED DESC:  UNSECURED CREDITOR |
| POB 610 | Court Claim Number: | ACCOUNT NO.:  4292 |
| | CLAIM:  0.00 | |
| GREENVILLE, PA  16125 | COMMENT:  NT ADR/SCH | |

| | | |
|---|---|---|
| **DISCOVER BANK(*)** | Trustee Claim Number:22  INT %:  0.00% | CRED DESC:  UNSECURED CREDITOR |
| C/O DISCOVER PRODUCTS INC | Court Claim Number:1 | ACCOUNT NO.:  3756 |
| PO BOX 3025 | | |
| | CLAIM:  5,046.20 | |
| NEW ALBANY, OH  43054-3025 | COMMENT: | |

| | | |
|---|---|---|
| **FINGERHUT** | Trustee Claim Number:23  INT %:  0.00% | CRED DESC:  UNSECURED CREDITOR |
| 6250 RIDGEWOOD ROAD | Court Claim Number: | ACCOUNT NO.:  4507 |
| | CLAIM:  0.00 | |
| SAINT CLOUD, MN  56303 | COMMENT:  NT ADR/SCH | |

| | | |
|---|---|---|
| **FIRST NATIONAL CREDIT CARD** | Trustee Claim Number:24  INT %:  0.00% | CRED DESC:  UNSECURED CREDITOR |
| POB 5097 | Court Claim Number: | ACCOUNT NO.:  2262 |
| | CLAIM:  0.00 | |
| SIOUX FALLS, SD  57117-5097 | COMMENT:  NT ADR/SCH | |

| | | |
|---|---|---|
| **HUNTINGTON NATIONAL BANK(*)** | Trustee Claim Number:25  INT %:  0.00% | CRED DESC:  UNSECURED CREDITOR |
| 5555 CLEVELAND AVE - GW1N10 | Court Claim Number:6 | ACCOUNT NO.:  3168 |
| | CLAIM:  5,816.24 | |
| COLUMBUS, OH  43231 | COMMENT: | |

| | | |
|---|---|---|
| **HUNTINGTON NATIONAL BANK(*)** | Trustee Claim Number:26  INT %:  0.00% | CRED DESC:  UNSECURED CREDITOR |
| 5555 CLEVELAND AVE - GW1N10 | Court Claim Number: | ACCOUNT NO.:  2763 |
| | CLAIM:  0.00 | |
| COLUMBUS, OH  43231 | COMMENT: | |

| | | |
|---|---|---|
| **KCI USA** | Trustee Claim Number:27  INT %:  0.00% | CRED DESC:  UNSECURED CREDITOR |
| PO BOX 301328 | Court Claim Number: | ACCOUNT NO.:  2867 |
| | CLAIM:  0.00 | |
| DALLAS, TX  75303 | COMMENT: | |

| | | |
|---|---|---|
| **CAPITAL ONE NA\*\*** | Trustee Claim Number:28  INT %:  0.00% | CRED DESC:  UNSECURED CREDITOR |
| C/O BECKET & LEE LLP | Court Claim Number:12 | ACCOUNT NO.:  4509 |
| PO BOX 3001 | | |
| | CLAIM:  379.91 | |
| MALVERN, PA  19355-0701 | COMMENT:  KOHLS | |

| | | |
|---|---|---|
| **LENDUP TAB BANK++** | Trustee Claim Number:29  INT %:  0.00% | CRED DESC:  UNSECURED CREDITOR |
| 225 BUSH ST | Court Claim Number: | ACCOUNT NO.:  0006 |
| | CLAIM:  0.00 | |
| SAN FRANCISCO, CA  94104 | COMMENT:  NT ADR/SCH | |

| | | |
|---|---|---|
| **LIFE FORCE OF WESTERN PA INC** | Trustee Claim Number:30  INT %:  0.00% | CRED DESC:  UNSECURED CREDITOR |
| POB 535 | Court Claim Number: | ACCOUNT NO.:  7109 |
| | CLAIM:  0.00 | |
| BALDWINSVILLE, NY  13027 | COMMENT: | |

**CLAIM RECORDS**

| | | |
|---|---|---|
| **PORTFOLIO RECOVERY ASSOCIATES, LLC** | Trustee Claim Number:31  INT %:  0.00% | CRED DESC:  UNSECURED CREDITOR |
| PO BOX 12914 | Court Claim Number:28 | ACCOUNT NO.:  2599 |
| | CLAIM:  343.07 | |
| NORFOLK, VA  23541 | COMMENT:  SYNCHRONY/LOWES | |

| | | |
|---|---|---|
| **LUCIEN DIAGNOSTIC IMAGING++** | Trustee Claim Number:32  INT %:  0.00% | CRED DESC:  UNSECURED CREDITOR |
| DEPT 3631 | Court Claim Number: | ACCOUNT NO.:  7014 |
| | CLAIM:  0.00 | |
| COLUMBUS, OH  43260 | COMMENT: | |

| | | |
|---|---|---|
| **DEPARTMENT STORES NATIONAL BANK** | Trustee Claim Number:33  INT %:  0.00% | CRED DESC:  UNSECURED CREDITOR |
| C/O QUANTUM3 GROUP LLC | Court Claim Number:34 | ACCOUNT NO.:  6574 |
| PO BOX 657 | CLAIM:  1,313.61 | |
| KIRKLAND, WA  98083-0657 | COMMENT:  MACYS | |

| | | |
|---|---|---|
| **MERRICK BANK** | Trustee Claim Number:34  INT %:  0.00% | CRED DESC:  UNSECURED CREDITOR |
| C/O RESURGENT CAPITAL SVCS** | Court Claim Number:5-2 | ACCOUNT NO.:  4467 |
| POB 10368 | CLAIM:  714.54 | |
| GREENVILLE, SC  29603-0368 | COMMENT:  AMD | |

| | | |
|---|---|---|
| **MONROE & MAIN** | Trustee Claim Number:35  INT %:  0.00% | CRED DESC:  UNSECURED CREDITOR |
| C/O CREDITORS BANKRUPTCY SERVICE* | Court Claim Number:3 | ACCOUNT NO.:  1110 |
| PO BOX 800849 | CLAIM:  1,407.42 | |
| DALLAS, TX  75380 | COMMENT: | |

| | | |
|---|---|---|
| **PORTFOLIO RECOVERY ASSOCIATES, LLC** | Trustee Claim Number:36  INT %:  0.00% | CRED DESC:  UNSECURED CREDITOR |
| PO BOX 12914 | Court Claim Number:24 | ACCOUNT NO.:  2474 |
| | CLAIM:  905.13 | |
| NORFOLK, VA  23541 | COMMENT:  SYNCHRONY/PAYPAL | |

| | | |
|---|---|---|
| **PNC BANK NA** | Trustee Claim Number:37  INT %:  0.00% | CRED DESC:  UNSECURED CREDITOR |
| POB 94982 | Court Claim Number:33 | ACCOUNT NO.:  9830 |
| | CLAIM:  5,491.07 | |
| CLEVELAND, OH  44101 | COMMENT: | |

| | | |
|---|---|---|
| **RADIOLOGY BILL** | Trustee Claim Number:38  INT %:  0.00% | CRED DESC:  UNSECURED CREDITOR |
| PO BOX 786 | Court Claim Number: | ACCOUNT NO.:  1270 |
| | CLAIM:  0.00 | |
| RICHMOND, IN  47375-0786 | COMMENT: | |

| | | |
|---|---|---|
| **RECEIVABLES OUTSOURCING LLC** | Trustee Claim Number:39  INT %:  0.00% | CRED DESC:  UNSECURED CREDITOR |
| PO BOX 62850 | Court Claim Number: | ACCOUNT NO.: |
| | CLAIM:  0.00 | |
| BALTIMORE, MD  21264-2850 | COMMENT: | |

| | | |
|---|---|---|
| **PORTFOLIO RECOVERY ASSOCIATES, LLC** | Trustee Claim Number:40  INT %:  0.00% | CRED DESC:  UNSECURED CREDITOR |
| PO BOX 12914 | Court Claim Number:27 | ACCOUNT NO.:  4061 |
| | CLAIM:  1,880.42 | |
| NORFOLK, VA  23541 | COMMENT:  SYNCHRONY/SAMS CLUB | |

**CLAIM RECORDS**

| | | |
|---|---|---|
| **PORTFOLIO RECOVERY ASSOCIATES, LLC** | Trustee Claim Number:41 INT %: 0.00% | CRED DESC: UNSECURED CREDITOR |
| PO BOX 12914 | Court Claim Number:29 | ACCOUNT NO.: 3329 |
| | CLAIM: 610.39 | |
| NORFOLK, VA 23541 | COMMENT: CITIBANK/SEARS | |

| | | |
|---|---|---|
| **PORTFOLIO RECOVERY ASSOCIATES, LLC** | Trustee Claim Number:42 INT %: 0.00% | CRED DESC: UNSECURED CREDITOR |
| PO BOX 12914 | Court Claim Number:32 | ACCOUNT NO.: 6486 |
| | CLAIM: 649.96 | |
| NORFOLK, VA 23541 | COMMENT: CITIBANK/SEARS | |

| | | |
|---|---|---|
| **PORTFOLIO RECOVERY ASSOCIATES, LLC** | Trustee Claim Number:43 INT %: 0.00% | CRED DESC: UNSECURED CREDITOR |
| PO BOX 12914 | Court Claim Number:23 | ACCOUNT NO.: 5622 |
| | CLAIM: 3,646.85 | |
| NORFOLK, VA 23541 | COMMENT: 6221/SCH*SYNCHRONY/JCP | |

| | | |
|---|---|---|
| **TD BANK USA NA\*\*** | Trustee Claim Number:44 INT %: 0.00% | CRED DESC: UNSECURED CREDITOR |
| C/O WEINSTEIN & RILEY PS | Court Claim Number:35 | ACCOUNT NO.: 2838 |
| PO BOX 3978 | | |
| | CLAIM: 581.88 | |
| SEATTLE, WA 98124 | COMMENT: | |

| | | |
|---|---|---|
| **TD BANK USA NA\*\*** | Trustee Claim Number:45 INT %: 0.00% | CRED DESC: UNSECURED CREDITOR |
| C/O WEINSTEIN & RILEY PS | Court Claim Number:36 | ACCOUNT NO.: 5918 |
| PO BOX 3978 | | |
| | CLAIM: 2,667.18 | |
| SEATTLE, WA 98124 | COMMENT: | |

| | | |
|---|---|---|
| **PORTFOLIO RECOVERY ASSOCIATES, LLC** | Trustee Claim Number:46 INT %: 0.00% | CRED DESC: UNSECURED CREDITOR |
| PO BOX 12914 | Court Claim Number:30 | ACCOUNT NO.: 4192 |
| | CLAIM: 1,503.65 | |
| NORFOLK, VA 23541 | COMMENT: SYNCHRONY/TJX | |

| | | |
|---|---|---|
| **UPMC HEALTH SERVICES** | Trustee Claim Number:47 INT %: 0.00% | CRED DESC: UNSECURED CREDITOR |
| PO BOX 371472 | Court Claim Number: | ACCOUNT NO.: 4408 |
| | CLAIM: 0.00 | |
| PITTSBURGH, PA 15250 | COMMENT: | |

| | | |
|---|---|---|
| **UPMC HEALTH SERVICES** | Trustee Claim Number:48 INT %: 0.00% | CRED DESC: UNSECURED CREDITOR |
| PO BOX 371472 | Court Claim Number: | ACCOUNT NO.: 4408 |
| | CLAIM: 0.00 | |
| PITTSBURGH, PA 15250 | COMMENT: | |

| | | |
|---|---|---|
| **UPMC HEALTH SERVICES** | Trustee Claim Number:49 INT %: 0.00% | CRED DESC: UNSECURED CREDITOR |
| PO BOX 371472 | Court Claim Number: | ACCOUNT NO.: 7167 |
| | CLAIM: 0.00 | |
| PITTSBURGH, PA 15250 | COMMENT: | |

| | | |
|---|---|---|
| **UPMC VISITING NURSES** | Trustee Claim Number:50 INT %: 0.00% | CRED DESC: UNSECURED CREDITOR |
| 565 COAL VALLEY RD | Court Claim Number: | ACCOUNT NO.: 4600 |
| | CLAIM: 0.00 | |
| PITTSBURGH, PA 15236 | COMMENT: NT ADR/SCH | |

**CLAIM RECORDS**

| | | |
|---|---|---|
| **PORTFOLIO RECOVERY ASSOCIATES, LLC** | Trustee Claim Number:51  INT %:  0.00% | CRED DESC:  UNSECURED CREDITOR |
| PO BOX 12914 | Court Claim Number:22 | ACCOUNT NO.:  3542 |
| | CLAIM:  2,187.90 | |
| NORFOLK, VA  23541 | COMMENT:  SYNCHRONY/WALMART | |

| | | |
|---|---|---|
| **PORTFOLIO RECOVERY ASSOCIATES, LLC** | Trustee Claim Number:52  INT %:  0.00% | CRED DESC:  UNSECURED CREDITOR |
| PO BOX 12914 | Court Claim Number:25 | ACCOUNT NO.:  8198 |
| | CLAIM:  3,278.85 | |
| NORFOLK, VA  23541 | COMMENT:  SYNCHRONY/WALMART | |

| | | |
|---|---|---|
| **WELLS FARGO BANK NA** | Trustee Claim Number:53  INT %:  0.00% | CRED DESC:  UNSECURED CREDITOR |
| ATTN PAYMENT PROCESSING | Court Claim Number:11 | ACCOUNT NO.:  2991 |
| PO BOX 14487 | | |
| | CLAIM:  312.76 | |
| DES MOINES, IA  50309 | COMMENT:  X9245/SCH*630772991*W/55 | |

| | | |
|---|---|---|
| **INTERNAL REVENUE SERVICE*** | Trustee Claim Number:54  INT %:  0.00% | CRED DESC:  UNSECURED CREDITOR |
| CENTRALIZED INSOLVENCY-TRUSTEE REMITS | Court Claim Number:2 | ACCOUNT NO.:  3088 |
| PO BOX 7317 | | |
| | CLAIM:  37.32 | |
| PHILADELPHIA, PA  19101-7317 | COMMENT:  NO GEN UNS/SCH | |

| | | |
|---|---|---|
| **WELLS FARGO BANK NA** | Trustee Claim Number:55  INT %:  0.00% | CRED DESC:  SECURED CREDITOR |
| ATTN PAYMENT PROCESSING | Court Claim Number:11 | ACCOUNT NO.:  2991 |
| PO BOX 14487 | | |
| | CLAIM:  1,927.47 | |
| DES MOINES, IA  50309 | COMMENT:  630772991*CL11GOV*NO SEC/SCH-PL*W/53 | |

| | | |
|---|---|---|
| **BANK OF AMERICA NA**** | Trustee Claim Number:56  INT %:  0.00% | CRED DESC:  MORTGAGE ARR. |
| PO BOX 660933 | Court Claim Number:21 | ACCOUNT NO.:  7894 |
| | CLAIM:  35.11 | |
| DALLAS, TX  75266 | COMMENT:  CL21GOV@LTCD*PIF/PL | |

| | | |
|---|---|---|
| **PORTFOLIO RECOVERY ASSOCIATES, LLC** | Trustee Claim Number:57  INT %:  0.00% | CRED DESC:  UNSECURED CREDITOR |
| PO BOX 12914 | Court Claim Number:31 | ACCOUNT NO.:  0350 |
| | CLAIM:  2,273.30 | |
| NORFOLK, VA  23541 | COMMENT:  ACCT NT/SCH*SYNCHRONY/LOWES | |

| | | |
|---|---|---|
| **KML LAW GROUP PC*** | Trustee Claim Number:58  INT %:  0.00% | CRED DESC:  NOTICE ONLY |
| 701 MARKET ST STE 5000 | Court Claim Number: | ACCOUNT NO.: |
| | CLAIM:  0.00 | |
| PHILADELPHIA, PA  19106 | COMMENT:  BOA/PRAE | |